■ RAPPORT, MEYERS, GRIFFEN & WHITBECK, P.C., Respondent, v PETER E. GIBSON, Appellant. (Action No. 1.) PETER E. GIBSON, Appellant, v LOIS PHILLIPS et al., Respondents. (Action No. 2.) [785 NYS2d 726]—Appeal from an order of the Supreme Court (Cobb, J.), entered September 20, 2002 in Columbia County, which, inter alia, granted plaintiff's motion for partial summary judgment in action No. 1 and granted defendant Peter Chiefari's motion for partial summary judgment in action No. 2.

Order affirmed, upon the opinion of Justice George L. Cobb.

Crew III, J.P., Mugglin, Rose and Kane, JJ., concur. Ordered that the order is affirmed, with one bill of costs.